## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | Chapter 7 |
| | ) | |
| SONIA MADGALINE HUNTER | ) | 04 B 18067 |
| | ) | |
| Debtor(s). | ) | Honorable John D. Schwartz |

### ORDER AND NOTICE

**IT IS ORDERED AND NOTICE IS HEREBY GIVEN** that on the Court's Own Motion, a status hearing will be held in the above referenced case on October 24, 2007 at 10:00 a.m. in Courtroom 719, 219 South Dearborn Street, Chicago, Illinois. Joseph A. Baldi, Trustee, is directed to appear and inform the Court as to when he expects to file a final report in this asset case.

Date: September 20, 2007

John D. Schwartz
United States Bankruptcy Judge