Hearing Date: Cwi wuv 48. 4232
Hearing Time: ;<52 c0o0
Location: 219 S. Dearborn St., Courtroom 83;
Chicago, IL 60604

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

| | |
|---|---|
| In re: | § """"""""""Ej cr vgt 9 |
| | § |
| HUNTER, SONIA MADGALINE | §   Case No. 04-18067 |
| AKA SONIA SMELLIE | § |
| | § """"""""""J qp0Lces wgrkpg R0Eqz |
| Debtor | """§ |

### UWEEGUUQT TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter ___ of the United States Bankruptcy Code on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of      $

    Funds were disbursed in the following amounts:

    Administrative expenses
    Payments to creditors
    Non-estate funds paid to 3rd Parties
    Payments to the debtor

    Leaving a balance on hand of[1]      $

The remaining funds are available for distribution.

    5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009) *(Page: 1)*

      6.  The deadline for filing claims in this case was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7.  The Trustee's proposed distribution is attached as **Exhibit D**.

      8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $____ as interim compensation and now requests a sum of $____, for a total compensation of $____.  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $____, and now requests reimbursement for expenses of $____, for total expenses of $____.

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/Joseph A. Baldi, Trustee_____
                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 04-18067 JPC Judge: Jacqueline P. Cox | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | HUNTER, SONIA MADGALINE | Date Filed (f) or Converted (c): | 05/07/04 (f) |
| | AKA SONIA SMELLIE | 341(a) Meeting Date: | 06/25/04 |
| For Period Ending: | 06/24/10 | Claims Bar Date: | 10/03/05 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Household goods | 1,500.00 | 0.00 | | 0.00 | FA |
| 2. Aronbson Furniture | 150.00 | 0.00 | | 0.00 | FA |
| 3. Books, etc. | 100.00 | 0.00 | | 0.00 | FA |
| 4. Clothing | 200.00 | 0.00 | | 0.00 | FA |
| 5. Jewelry | 20.00 | 0.00 | | 0.00 | FA |
| 6. Pension plan | 3,000.00 | 0.00 | | 0.00 | FA |
| 7. 2002 injury claim | 7,000.00 | 0.00 | | 0.00 | FA |
| 8. 2004 injury claim | 15,000.00 | 0.00 | | 45,000.00 | FA |
| Settlement approved to recover gross proceeds of $45,000 ($7,500 debtor exemption and special counsel attorney fees and expenses allowed per settlement order)--Pursuant to subsequent order, Trustee authorized to distribute to allowed lien holder | | | | | |
| 9. 2000 Dodge | 4,300.00 | 0.00 | | 0.00 | FA |
| 10. 2004 Hundai | 14,000.00 | 0.00 | | 0.00 | FA |
| 11. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.01 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $45,270.00 | $0.00 | | $45,000.01 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case filed and Leonard Groupe appointed Trustee in 2004. Major assets is Debtor's personal injury claim. Special counsel hired by former trustee filed suite in Dec. 05. Mr. Groupe resigned and J. Baldi appointed successor trustee in December 2006. PI Case was set for trial 10/13/09. Received settlement offer 9/21/09. Trustee agreed to the settlement of the PI suit and filed motion for the court to approve the proposed settlement. On October 27, 2009, the

Case 04-18067    Doc 53    Filed 07/23/10    Entered 07/23/10 12:29:00    Desc Main
Document      Page 4 of 13

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2
Exhibit A

| | |
|---|---|
| Case No: | 04-18067    JPC    Judge: Jacqueline P. Cox |
| Case Name: | HUNTER, SONIA MADGALINE |
| | AKA SONIA SMELLIE |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Date Filed (f) or Converted (c): | 05/07/04 (f) |
| 341(a) Meeting Date: | 06/25/04 |
| Claims Bar Date: | 10/03/05 |

Court approved the proposed settlement such that the Estate would recover gross proceeds of $45,000; defendant issued a check to Trustee in mid-January 2010, but the check was incorrectly made payable to Trustee of this Estate and 2 invalid claimants; Trustee obtained subsequent order directing the re-issuance of the settlement check so that it is properly and solely payable to the Estate and authorized Trustee to make a distribuiton to the allowed lien claimant. Trustee examined claims and prepared TFR.

Initial Projected Date of Final Report (TFR): 12/31/06      Current Projected Date of Final Report (TFR): 06/30/10

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 04-18067 -JPC | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | HUNTER, SONIA MADGALINE | Bank Name: | Bank of America, N.A. |
| | AKA SONIA SMELLIE | Account Number / CD #: | *******6370 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5007 | | |
| For Period Ending: | 06/24/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C 05/24/10 | 8 | Universal Casualty Company 150 Northwest Point Blvd. Suite 200 Elk Grove Village, IL 60007 | Settlement Proceeds: PI Claim | 1142-000 | 45,000.00 | | 45,000.00 |
| C t 05/25/10 | | Transfer to Acct #*******6383 | Bank Funds Transfer Transfer funds to disburse PI settlement proceeds to Debtor, lienholder and special counsel per court orders 10/27/10 and 4/29/10. ecbMay 25, 2010, 04:02 pm | 9999-000 | | 32,645.96 | 12,354.04 |
| C 05/28/10 | 11 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 12,354.05 |

\* Reversed
t Funds Transfer
C Bank Cleared

| Account *******6370 | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 1 | Deposits | 45,000.00 | 0 | Checks | 0.00 |
| 1 | Interest Postings | 0.01 | 0 | Adjustments Out | 0.00 |
| | | | 1 | Transfers Out | 32,645.96 |
| | Subtotal | $ 45,000.01 | | | |
| | | | | Total | $ 32,645.96 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 45,000.01 | | | |

LFORM2T4 UST Form 101-7-TFR (9/1/2009) (Page: 5)

Ver: 15.08

FORM 2

Page: 2

Exhibit B

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 04-18067 -JPC | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | HUNTER, SONIA MADGALINE | | Bank Name: | Bank of America, N.A. |
| | AKA SONIA SMELLIE | | Account Number / CD #: | *******6383 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5007 | | | |
| For Period Ending: | 06/24/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C t  05/25/10 | | Transfer from Acct #*******6370 | Bank Funds Transfer<br>Transfer funds to disburse PI settlement proceeds to Debtor, lienholder and special counsel per court orders 10/27/10 and 4/29/10.  ecbMay 25, 2010, 04:02 pm | 9999-000 | 32,645.96 | | 32,645.96 |
| C  05/25/10 | 001001 | Sonya M. Hunter<br>8227 N. Clyde  #2N<br>Chicago  IL 60617 | Debtor's Exemption<br>in Personal Injury Settlement per order dtd 10/27/10 | 8100-002 | | 7,500.00 | 25,145.96 |
| C  05/25/10 | 001002 | Maximum Rehabilitation Services, Ltd.<br>12021 S. Harlem Avenue<br>Suite 288<br>Des Plaines  IL 60463 | Health Care Services Lien<br>Allowed per Court Order 4/29/10 | 4220-000 | | 5,000.00 | 20,145.96 |
| C  05/25/10 | 001003 | Harman & Fedick<br>222 N. LaSalle St.  #430<br>Chicago IL 60601 | Special Counsel Expenses<br>Allowed per Court order 10/27/09 | 3220-610 | | 2,145.96 | 18,000.00 |
| C  05/27/10 | 001004 | Harman & Fedick<br>222 N. LaSalle St.  #430<br>Chicago  IL 60601 | Special Counsel Fees<br>Per Court Order Dated 10/27/10 | 3210-000 | | 9,000.00 | 9,000.00 |
| C  05/28/10 | 001005 | Geraci Arreola & Hernandez<br>55 East Monroe St.<br>Suite 3400<br>Chicago  IL 60603 | Special Counsel Fees<br>Per Court Order Dated 10/27/10<br>Allowed Special Counsel Fees shared with Harman Fedick 50/50 per agmt. | 3210-000 | | 9,000.00 | 0.00 |

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | |
|---|---|---|
| Case No: | 04-18067 -JPC | |
| Case Name: | HUNTER, SONIA MADGALINE | |
| | AKA SONIA SMELLIE | |
| Taxpayer ID No: | *******5007 | |
| For Period Ending: | 06/24/10 | |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******6383  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

\* Reversed
t Funds Transfer
C Bank Cleared

| | | | | |
|---|---|---|---|---|
| Account *******6383 | Balance Forward | 0.00 | | |
| 0 | Deposits | 0.00 | 5 Checks | 32,645.96 |
| 0 | Interest Postings | 0.00 | 0 Adjustments Out | 0.00 |
| | | | 0 Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | |
| 0 | Adjustments In | 0.00 | Total | $ 32,645.96 |
| 1 | Transfers In | 32,645.96 | | |
| | Total | $ 32,645.96 | | |

| | | | | |
|---|---|---|---|---|
| Report Totals | Balance Forward | 0.00 | | |
| 1 | Deposits | 45,000.00 | 5 Checks | 32,645.96 |
| 1 | Interest Postings | 0.01 | 0 Adjustments Out | 0.00 |
| | | | 1 Transfers Out | 32,645.96 |
| | Subtotal | $ 45,000.01 | | |
| 0 | Adjustments In | 0.00 | Total | $ 65,291.92 |
| 1 | Transfers In | 32,645.96 | | |
| | Total | $ 77,645.97 | Net Total Balance | $ 12,354.05 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 04-18067 | | Page 1 | | Date: June 24, 2010 |
| --- | --- | --- | --- | --- | --- |
| Debtor Name: | HUNTER, SONIA MADGALINE | | Claim Class, Priority Sequence | | |

| Code # | Creditor Name & Address | Claim Class / Notes | Amount Allowed | Paid to Date | Claim Balance |
| --- | --- | --- | --- | --- | --- |
| 050 4220-00 | Maximum Rehabilitation Services, Ltd. 12021 S. Harlem Avenue Suite 288 Des Plaines IL 60463 | Secured Health Care Service Lien Allowed per Court Order 4/29/10 | $5,000.00 | $5,000.00 | $0.00 |
| 000001 100 SC | Numark Credit Union Centrix Financial 6782 S Potomac St Centennial CO 80112 | Secured Claim Withdrawn 2/5/08 | $0.00 | $0.00 | $0.00 |
| | Subtotal for Class Secured | | $5,000.00 | $5,000.00 | $0.00 |
| 001 2100-00 | JOSEPH A. BALDI, as Trustee 19 S. LaSalle Street Suite 1500 Chicago, Illinois 60603 | Administrative Trustee voluntarily reducing his request for fees to provide 20% distribution to general unsecured creditors | $4,000.00 | $0.00 | $4,000.00 |
| 001 3110-00 | JOSEPH A. BALDI & ASSOCIATES, P.C. 19 South LaSalle Street Suite 1500 Chicago, IL 60603 | Administrative Trustee's attorneys are voluntarily reducing their request for fees to provide 20% distribution to general unsecured creditors | $6,300.00 | $0.00 | $6,300.00 |
| 001 3210-60 | Harman & Fedick 222 N. LaSalle St. #430 Chicago IL 60601 | Administrative 50% share of special counsel fees per court order dated 10/27/10 | $9,000.00 | $9,000.00 | $0.00 |
| 001 3220-61 | Harman & Fedick 222 N. LaSalle St. #430 Chicago IL 60601 | Administrative | $2,145.96 | $2,145.96 | $0.00 |
| 001 3120-00 | Joseph A. Baldi & Associates, P.C. 19 S. LaSalle St. #1500 Chicago IL 60603 | Administrative | $22.00 | $0.00 | $22.00 |
| 001 3210-60 | Geraci Arreola & Hernandez 55 East Monroe St. Suite 3400 Chicago IL 60603 | Administrative Special Counsel Fees Allowed Per Order dtd 10/27/10 Special Counsel Fees split 50/50 with Harman Firm per agmt | $9,000.00 | $9,000.00 | $0.00 |
| | Subtotal for Class Administrative | | $30,467.96 | $20,145.96 | $10,322.00 |
| 000002 070 7100-00 | Steel City Furniture Bankruptcy Department 9133 Commercial Ave. Chicago, IL 60617 | Unsecured CLAIM AMENDED--filed 11/11/09 Contact and get withdrawn or amended to unsecured. ecb 10/1/09 Spoke to Esmerelda from steel city 10/8; she asked that I speak with lawfirm (Albert Law Firm) 312-263-2224 (I spoke with Dawn) and she indicated she would execute amended claim-faxed amened claim 10/9--rkp called Albert Law Firm to follow-up on claim (10/19)-rkp | $490.20 | $0.00 | $490.20 |
| 000003 070 7100-00 | ASSET ACCEPTANCE LLC BALLY\PERIMETER CREDIT PO BOX 2036 WARREN MI 48090 | Unsecured (3-1) 473009 | $1,302.19 | $0.00 | $1,302.19 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 04-18067 | | Page 2 | | Date: June 24, 2010 |
| Debtor Name: | HUNTER, SONIA MADGALINE | | Claim Class, Priority Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000004 070 7100-00 | Numark Credit Union<br>Centrix Financial<br>6782 S Potomac St<br>Centennial CO 80112 | Unsecured | | $5,516.22 | $0.00 | $5,516.22 |
| 000005 070 7100-00 | T-Mobile USA, Inc.<br>Attn: Bankruptcy Dept.<br>PO Box 37380<br>Albuquerque, NM 87176-7380 | Unsecured | (5-1) Unpaid Wireless Services Performed | $395.73 | $0.00 | $395.73 |
| 000006 070 7100-00 | City of Chicago Bureau Parking<br>Bankruptcy Department<br>333 S. State St., Rm. 540<br>Chicago, IL 60604 | Unsecured | | $990.00 | $0.00 | $990.00 |
| 000007 070 7100-00 | Cross Country Bank<br>P O Box 17120<br>Wilmington, DE 19850-7120 | Unsecured | | $1,227.93 | $0.00 | $1,227.93 |
| 999 8100-00 | Sonya M. Hunter<br>8227 N. Clyde #2N<br>Chicago IL 60617 | Unsecured | Debtor's Exemption | $7,500.00 | $7,500.00 | $0.00 |
| | Subtotal for Class Unsecured | | | $17,422.27 | $7,500.00 | $9,922.27 |
| | Case Totals: | | | $52,890.23 | $32,645.96 | $20,244.27 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 04-18067
Case Name: HUNTER, SONIA MADGALINE
   AKA SONIA SMELLIE
Trustee Name: Joseph A. Baldi, Trustee

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: Joseph A. Baldi, Trustee  Leonard Groupe, Former Trustee  Successor | $_____ | $_____ |
| Attorney for trustee: Joseph A. Baldi & Associates, P.C. | $_____ | $_____ |
| Appraiser: | $_____ | $_____ |
| Auctioneer: | $_____ | $_____ |
| Accountant: | $_____ | $_____ |
| Special Attorney for trustee: | $_____ | $_____ |
| Charges: | $_____ | $_____ |
| Fees: | $_____ | $_____ |
| Other: JOSEPH A. BALDI & ASSOCIATES, P.C. | $_____ | $_____ |
| Other: | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor:* | | $ | $ |
| *Attorney for:* | | $ | $ |
| *Accountant for:* | | $ | $ |
| *Appraiser for:* | | $ | $ |
| *Other:* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $    must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be    percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000002* | *Steel City Furniture* | $ | $ |
| *000003* | *ASSET ACCEPTANCE LLC* | $ | $ |
| *000004* | *Numark Credit Union* | $ | $ |

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000005* | T-Mobile USA, Inc. | $ | $ |
| *000006* | City of Chicago Bureau Parking | $ | $ |
| *000007* | Cross Country Bank | $ | $ |

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $ | $ |
| _____ | _____ | $ | $ |
| _____ | _____ | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $ | $ |
| _____ | _____ | $ | $ |
| _____ | _____ | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $       .