Hearing Date: August 26, 2010
Hearing Time:  9:30 a.m.
Location: 219 S. Dearborn St., Courtroom 619
 Chicago, IL 60604

# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
## EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| HUNTER, SONIA MADGALINE | § | Case No. 04-18067 |
| AKA SONIA SMELLIE | § | |
| | § | Hon. Jacqueline P. Cox |
| Debtor | § | |

## NOTICE OF SUCCESSOR TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, Successor Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :

9:30  a.m.
on August 26, 2010
in Courtroom 619, U.S. Courthouse
219 S. Dearborn St., Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: <u>Kenneth Gardner</u>_____
                                                         Clerk of Bankruptcy Court

Joseph A. Baldi, Successor Trustee
19 S. LaSalle St., Suite 1500, Chicago, IL 60603

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| HUNTER, SONIA MADGALINE | § | Case No. 04-18067 |
| AKA SONIA SMELLIE | § | |
| | § | Hon. Jacqueline P. Cox |
| Debtor | § | |

## SUMMARY OF SUCCESSOR TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*   $   45,000.01

*and approved disbursements of*   $   32,645.96

*leaving a balance on hand of*[1]   $   12,354.05

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Leonard Groupe, Former Trustee Trustee: Joseph A. Baldi, Trustee  Successor | $      4,000.00 | 0.00 |
| Attorney for trustee: Joseph A. Baldi & Associates, P.C. | $      0.00 | $      22.00 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Charges: | | $ | $ |
| Fees: | | $ | $ |
| Other: | JOSEPH A. BALDI & ASSOCIATES, P.C. | $ 6,300.00 | $ 0.00 |
| Other: | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | | $ | $ |
| Attorney for: | | $ | $ |
| Accountant for: | | $ | $ |
| Appraiser for: | | $ | $ |
| Other: | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 9,922.27  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 20.5 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000002 | Steel City Furniture | $ 490.20 | $ 100.39 |
| 000003 | ASSET ACCEPTANCE LLC | $ 1,302.19 | $ 266.68 |
| 000004 | Numark Credit Union | $ 5,516.22 | $ 1,129.71 |
| 000005 | T-Mobile USA, Inc. | $ 395.73 | $ 81.04 |
| 000006 | City of Chicago Bureau Parking | $ 990.00 | $ 202.75 |
| 000007 | Cross Country Bank | $ 1,227.93 | $ 251.48 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is
$ 0.00 .

Prepared By: /s/_____

Joseph A. Baldi, Trustee

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction
Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## Notice Recipients

| | |
|---|---|
| District/Off: 0752−1 | User: ccabrales | Date Created: 7/26/2010 |
| Case: 04−18067 | Form ID: pdf006 | Total: 51 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

aty        Joseph A Baldi &Associates P C

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Sonia Madgaline Hunter | 8227 South Clyde #2N | Chicago, Il 60617 | |
| tr | Joseph A Baldi, Tr | Joseph Baldi &Associates | 19 S Lasalle Street Suite 1500 | Chicago, IL 60603 |
| aty | Elizabeth C Berg | Joseph A. Baldi &Associates | 19 S Lasalle Street, , Suite 1500 | Chicago, IL 60603 |
| aty | Joseph A Baldi | Joseph Baldi &Associates | 19 S Lasalle Street Suite 1500 | Chicago, IL 60603 |
| aty | Mario M Arreola | Law Offices Of Peter Francis Geraci | 55 East Monroe St Suite #3400 | Chicago, IL 60603 |
| 9607911 | ASSET ACCEPTANCE LLC | BALLY\PERIMETER CREDIT | PO BOX 2036 | WARREN MI 48090 |
| 8070640 | Allstate Insurance | Bankruptcy Department | 75 Executive Pkwy | Hudson, OH 44237−0001 |
| 8070618 | Americash | Bankruptcy Department | 3200 W. 159th St. | Markham, IL 60426 |
| 8070615 | Aronson Furniture | Attn: Bankruptcy Department | 3401 W. 47th St. | Chicago, IL 60632 |
| 8070629 | Bank One | Attn: Bankruptcy Department | 5522 6th Ave | Kenosha, WI 53140 |
| 8070626 | Berry Sherman Ins. Agency | address unknown | , | |
| 8070619 | Cabrera &Associates | Bankruptcy Department | 560 Route 303, Ste. 209 | Orangeburg, NY 10962 |
| 8070614 | Capital Management Services | Bankruptcy Department | 726 Exchange St., Ste. 700 | Buffalo, NY 14210 |
| 8070623 | Centrix | Bankruptcy Department | PO Box 17699 | Denver, CO 80217 |
| 8070645 | Chicago Northside MRI Center | Bankruptcy Department | 2818 N. Sherdan Rd. | Chicago, IL 60657−6108 |
| 8070610 | City of Chicago Bureau Parking | Bankruptcy Department | 333 S. State St., Rm. 540 | Chicago, IL 60604 |
| 8070638 | City of Chicago Dept of Rev | Attn: Bankruptcy Department | Box 4941 | Chicago, IL 60680−4941 |
| 8070630 | College Partnership Inc. | Bankruptcy Department | 801 W. Freeway, Ste. 800 | Grand Prairie, TX 75051 |
| 8070609 | Commonwealth Edison &Co. | Attn: System Credit/BK Dept | 2100 Swift Dr. | Oak Brook, IL 60523 |
| 8070641 | Credit Collection Services | Bankruptcy Department | Two Wells Ave. | Newton, MA 02459 |
| 8070613 | Cross Country Bank | Bankruptcy Department | PO Box 10001 | Huntington, WV 25770−0001 |
| 9780707 | Cross Country Bank | P O Box 17120 | Wilmington, DE 19850−7120 | |
| 8070608 | Fairlane Credit LLC | Nat'l Bankruptcy Service Ctr | PO Box 743577 | Dallas, TX 75374−3577 |
| 8070631 | Financial Credit LLC | Attn: Bankruptcy Department | PO Box 2040 | Warren, MI 48090−2040 |
| 8070634 | First Premier Bank | Attn: Bankruptcy Dept. | PO Box 5524 | Sioux Falls, SD 57117−5524 |
| 8070632 | Health South Physical Therapy | Bankruptcy Department | PO Box 40036 | Atlanta, GA 31192 |
| 8070647 | Illinois Dept Human Services | Collection Services | 823 E. Monroe St. | Springfield, IL 62794 |
| 8070616 | Keith S. Shindler | Bankruptcy Department | 839 W. Van Buren | Chicago, IL 60607 |
| 8070639 | Keynote Consulting Inc. | Bankruptcy Department | 1501 W. Dundee Rd. | Buffalo Grove, IL 60089 |
| 8070625 | Larry D. Walker | 2732 E. 76th St. | Chicago, IL 60649 | |
| 8070611 | Linebarger Goggan Blair | Sampson, LLP | PO Box 06152 | Chicago, IL 60606−0152 |
| 8070633 | Lou Harris &Co. | Attn: Bankruptcy Department | Box 4383 | Northbrook, IL 60065 |
| 8070612 | Mercy Hospital | Bankruptcy Department | 2525 S. Michigan Ave. | Chicago, IL 60616−2332 |
| 8070622 | Monterey Financial Service | Bankruptcy Department | PO Box 2809 | Carlsbad, CA 92018 |
| 8070646 | North Shore Agency | Bankruptcy Department | PO Box 8999 | Westbury, NY 11590−8999 |
| 8169076 | Numark Credit Union | Centrix Financial | 6782 S Potomac St | Centennial CO 80112 |
| 8070628 | People's Gas | Prudential Bldg: Special Proj | 130 E. Randolph Dr. | Chicago, IL 60601 |
| 8070637 | Premier Bank | Bankruptcy Department | PO Box 5147 | Sioux Falls, SD 57117 |
| 8070648 | Professional Account Mgmt | Bankruptcy Department | PO Box 391 | Milwaukee, WI 53201 |
| 8070617 | Progressive Insurance | Attn: Bankruptcy Dept. | PO Box 210056 | Cleveland, OH 44121 |
| 8070636 | Providian | Bankruptcy Department | PO Box 66022 | Dallas, TX 75266−0022 |
| 8070620 | SBC/Ameritech | Bankruptcy Department | 4075 Bay Road | Saginaw, MI 48663 |
| 8070624 | Secretary of State | Attn: Bankruptcy Department | 2701 S. Dirksen Pkwy. | Springfield, IL 62723 |
| 8070643 | Steel City Furniture | Bankruptcy Department | 9133 Commercial Ave. | Chicago, IL 60617 |
| 8070627 | T−Mobile | Bankruptcy Department | PO Box 742596 | Cincinnati, OH 45274−2596 |
| 9740312 | T−Mobile USA, Inc. | Attn: Bankruptcy Dept. | PO Box 37380 | Albuquerque, NM 87176−7380 |
| 8070642 | Talk and Go | Bankruptcy Department | 5901 E. 86trh St. | Indianapolis, IN 46218 |
| 8070644 | Thomas E. Jolas | Bankruptcy Department | PO Box 4000 | Mason City, IL 62664 |
| 8070621 | Tooth Fairy World | Bankruptcy Department | 1525 E. 55th St. | Chicago, IL 60615 |
| 8070635 | YMCA | Bankruptcy Department | 6330 S. Stony Island Ave. | Chicago, IL 60637 |

TOTAL: 50

# CERTIFICATE OF NOTICE

```
District/off: 0752-1              User: ccabrales           Page 1 of 2               Date Rcvd: Aug 24, 2010
Case: 04-18067                    Form ID: pdf006           Total Noticed: 47
```

The following entities were noticed by first class mail on Aug 26, 2010.
```
db           +Sonia Madgaline Hunter,   8227 South Clyde #2N,   Chicago, Il 60617-1839
aty          +Elizabeth C Berg,   Joseph A. Baldi & Associates,   19 S Lasalle Street, , Suite 1500,
               Chicago, IL 60603-1413
aty          +Joseph A Baldi,   Joseph Baldi & Associates,   19 S Lasalle Street Suite 1500,
               Chicago, IL 60603-1413
aty          +Mario M Arreola,   Law Offices Of Peter Francis Geraci,   55 East Monroe St Suite #3400,
               Chicago, IL 60603-5920
tr           +Joseph A Baldi, Tr.,   Joseph Baldi & Associates,   19 S Lasalle Street Suite 1500,
               Chicago, IL 60603-1413
9780707      ++APPLIED BANK,   PO BOX 15809,   WILMINGTON DE 19850-5809
               (address filed with court: Cross Country Bank,   P O Box 17120,   Wilmington, DE 19850-7120)
8070640       Allstate Insurance,   Bankruptcy Department,   75 Executive Pkwy,   Hudson, OH 44237-0001
8070618      +Americash,   Bankruptcy Department,   3200 W. 159th St.,   Markham, IL 60428-4055
8070629      +Bank One,   Attn: Bankruptcy Department,   5522 6th Ave,   Kenosha, WI 53140-3710
8070619      +Cabrera & Associates,   Bankruptcy Department,   560 Route 303, Ste. 209,
               Orangeburg, NY 10962-1334
8070623       Centrix,   Bankruptcy Department,   PO Box 17699,   Denver, CO 80217
8070645       Chicago Northside MRI Center,   Bankruptcy Department,   2818 N. Sherdan Rd.,
               Chicago, IL 60657-6108
8070610      +City of Chicago Bureau Parking,   Bankruptcy Department,   333 S. State St., Rm. 540,
               Chicago, IL 60604-3951
8070638       City of Chicago Dept of Rev,   Attn: Bankruptcy Department,   Box 4941,   Chicago, IL 60680-4941
8070630      +College Partnership Inc.,   Bankruptcy Department,   801 W. Freeway, Ste. 800,
               Grand Prairie, TX 75051-1456
8070641      +Credit Collection Services,   Bankruptcy Department,   Two Wells Ave.,   Newton, MA 02459-3208
8070613       Cross Country Bank,   Bankruptcy Department,   PO Box 10001,   Huntington, WV 25770-0001
8070608       Fairlane Credit LLC,   Nat'l Bankruptcy Service Ctr,   PO Box 743577,   Dallas, TX 75374-3577
8070634       First Premier Bank,   Attn: Bankruptcy Dept.,   PO Box 5524,   Sioux Falls, SD 57117-5524
8070632      +Health South Physical Therapy,   Bankruptcy Department,   PO Box 40036,   Atlanta, GA 31192-0036
8070647      +Illinois Dept Human Services,   Collection Services,   823 E. Monroe St.,
               Springfield, IL 62701-1915
8070616      +Keith S. Shindler,   Bankruptcy Department,   839 W. Van Buren,   Chicago, IL 60607-3521
8070639      +Keynote Consulting Inc.,   Bankruptcy Department,   1501 W. Dundee Rd.,
               Buffalo Grove, IL 60089-4006
8070625      +Larry D. Walker,   2732 E. 76th St.,   Chicago, IL 60649-4314
8070611       Linebarger Goggan Blair &,   Sampson, LLP,   PO Box 06152,   Chicago, IL 60606-0152
8070633       Lou Harris & Co.,   Attn: Bankruptcy Department,   Box 4383,   Northbrook, IL 60065
8070612       Mercy Hospital,   Bankruptcy Department,   2525 S. Michigan Ave.,   Chicago, IL 60616-2332
8070622      +Monterey Financial Service,   Bankruptcy Department,   PO Box 2809,   Carlsbad, CA 92018-2809
8070646       North Shore Agency,   Bankruptcy Department,   PO Box 8999,   Westbury, NY 11590-8999
8169076      +Numark Credit Union,   Centrix Financial,   6782 S Potomac St,   Centennial CO 80112-3915
8070628      +People's Gas,   Prudential Bldg: Special Proj,   130 E. Randolph Dr.,   Chicago, IL 60601-6207
8070637      +Premier Bank,   Bankruptcy Department,   PO Box 5147,   Sioux Falls, SD 57117-5147
8070648      +Professional Account Mgmt,   Bankruptcy Department,   PO Box 391,   Milwaukee, WI 53201-0391
8070636       Providian,   Bankruptcy Department,   PO Box 66022,   Dallas, TX 75266-0022
8070620      +SBC/Ameritech,   Bankruptcy Department,   4075 Bay Road,   Saginaw, MI 48663-0001
8070624      +Secretary of State,   Attn: Bankruptcy Department,   2701 S. Dirksen Pkwy.,
               Springfield, IL 62723-0002
8070643      +Steel City Furniture,   Bankruptcy Department,   9133 Commercial Ave.,   Chicago, IL 60617-4308
8070627       T-Mobile,   Bankruptcy Department,   PO Box 742596,   Cincinnati, OH 45274-2596
9740312       T-Mobile USA, Inc.,   Attn: Bankruptcy Dept.,   PO Box 37380,   Albuquerque, NM 87176-7380
8070642      +Talk and Go,   Bankruptcy Department,   5901 E. 86th St.,   Indianapolis, IN 46250
8070644       Thomas E. Jolas,   Bankruptcy Department,   PO Box 4000,   Mason City, IL 62664
8070621      +Tooth Fairy World,   Bankrupcty Department,   1525 E. 55th St.,   Chicago, IL 60615-5512
8070635      +YMCA,   Bankruptcy Department,   6330 S. Stony Island Ave.,   Chicago, IL 60637-3773
```

The following entities were noticed by electronic transmission on Aug 24, 2010.
```
9607911      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                        ASSET ACCEPTANCE LLC,
               BALLY&#092;PERIMETER CREDIT,   PO Box 2036,   WARREN MI 48090-2036
8070614      +E-mail/Text: jraichel@cms-collect.com                        Capital Management Services,
               Bankruptcy Department,   726 Exchange St., Ste. 700,   Buffalo, NY 14210-1464
8070609      +E-mail/Text: legalcollections@comed.com                        Commonwealth Edison & Co.,
               Attn: System Credit/BK Dept,   2100 Swift Dr.,   Oak Brook, IL 60523-1559
8070631       E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                        Financial Credit LLC,
               Attn: Bankruptcy Department,   PO Box 2040,   Warren, MI 48090-2040
                                                                                           TOTAL: 4
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Joseph A Baldi & Associates P C
8070626       Berry Sherman Ins. Agency,   address unknown,   ,
8070615      ##+Aronson Furniture,   Attn: Bankruptcy Department,   3401 W. 47th St.,   Chicago, IL 60632-2997
8070617      ##+Progressive Insurance,   Attn: Bankruptcy Dept.,   PO Box 210056,   Cleveland, OH 44121-7056
                                                                              TOTALS: 2, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: ccabrales          Page 2 of 2          Date Rcvd: Aug 24, 2010
Case: 04-18067               Form ID: pdf006          Total Noticed: 47
```

```
                ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 26, 2010**                    **Signature:**