Hearing Date: September 28, 2010
Hearing Time:  10:00 a.m.
Location: 219 S. Dearborn St., Courtroom 619
   Chicago, IL 60604

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| HUNTER, SONIA MADGALINE | § | Case No. 04-18067 |
| AKA SONIA SMELLIE | § | |
| | § | Hon. Jacqueline P. Cox |
| Debtor | § | |

### AMENDED NOTICE OF SUCCESSOR TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, Successor Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> Kenneth S. Gardner
> Clerk of the U.S. Bankruptcy Court
> 219 S. Dearborn, 7th Floor
> Chicago, Illinois  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :

> 10:00  a.m.
> on September 28, 2010
> in Courtroom 619, U.S. Courthouse
> 219 S. Dearborn St., Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Kenneth Gardner_____
                                                    Clerk of Bankruptcy Court

Joseph A. Baldi, Successor Trustee
19 S. LaSalle St., Suite 1500, Chicago, IL 60603

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: § | Chapter 7 | |
| § | | |
| HUNTER, SONIA MADGALINE § | Case No. 04-18067 | |
| AKA SONIA SMELLIE § | | |
| § | Hon. Jacqueline P. Cox | |
| Debtor § | | |

## SUMMARY OF SUCCESSOR TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| *The Final Report shows receipts of* | $ | 45,000.01 |
| *and approved disbursements of* | $ | 32,645.96 |
| *leaving a balance on hand of*[1] | $ | 12,354.05 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Leonard Groupe, Former Trustee | | |
| *Trustee: Joseph A. Baldi, Trustee Successor* | $ 4,000.00 | 0.00 |
| *Attorney for trustee: Joseph A. Baldi & Associates, P.C.* | $ 0.00 | $ 22.00 |
| *Appraiser:* | $ | $ |
| *Auctioneer:* | $ | $ |
| *Accountant:* | $ | $ |
| *Special Attorney for trustee:* | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Charges: |  | $ | $ |
| Fees: |  | $ | $ |
| Other: | JOSEPH A. BALDI & ASSOCIATES, P.C. | $ 6,300.00 | $ 0.00 |
| Other: |  | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: |  | $ | $ |
| Attorney for: |  | $ | $ |
| Accountant for: |  | $ | $ |
| Appraiser for: |  | $ | $ |
| Other: |  | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 9,922.27 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 20.5 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000002 | Steel City Furniture | $ 490.20 | $ 100.39 |
| 000003 | ASSET ACCEPTANCE LLC | $ 1,302.19 | $ 266.68 |
| 000004 | Numark Credit Union | $ 5,516.22 | $ 1,129.71 |
| 000005 | T-Mobile USA, Inc. | $ 395.73 | $ 81.04 |
| 000006 | City of Chicago Bureau Parking | $ 990.00 | $ 202.75 |
| 000007 | Cross Country Bank | $ 1,227.93 | $ 251.48 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/_____
Joseph A. Baldi, Trustee

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0752−1 | User: ccabrales | Date Created: 8/26/2010 |
| Case: 04−18067 | Form ID: pdf006 | Total: 51 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
aty    Joseph A Baldi &Associates P C
TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Sonia Madgaline Hunter | 8227 South Clyde #2N | Chicago, Il 60617 | |
| tr | Joseph A Baldi, Tr | Joseph Baldi &Associates | 19 S Lasalle Street Suite 1500 | Chicago, IL 60603 |
| aty | Elizabeth C Berg | Joseph A. Baldi &Associates | 19 S Lasalle Street, , Suite 1500 | Chicago, IL 60603 |
| aty | Joseph A Baldi | Joseph Baldi &Associates | 19 S Lasalle Street Suite 1500 | Chicago, IL 60603 |
| aty | Mario M Arreola | Law Offices Of Peter Francis Geraci | 55 East Monroe St Suite #3400 | Chicago, IL 60603 |
| 9607911 | ASSET ACCEPTANCE LLC | BALLY\PERIMETER CREDIT | PO BOX 2036 | WARREN MI 48090 |
| 8070640 | Allstate Insurance | Bankruptcy Department | 75 Executive Pkwy | Hudson, OH 44237−0001 |
| 8070618 | Americash | Bankruptcy Department | 3200 W. 159th St. | Markham, IL 60426 |
| 8070615 | Aronson Furniture | Attn: Bankruptcy Department | 3401 W. 47th St. | Chicago, IL 60632 |
| 8070629 | Bank One | Attn: Bankruptcy Department | 5522 6th Ave | Kenosha, WI 53140 |
| 8070626 | Berry Sherman Ins. Agency | address unknown | , | |
| 8070619 | Cabrera &Associates | Bankruptcy Department | 560 Route 303, Ste. 209 | Orangeburg, NY 10962 |
| 8070614 | Capital Management Services | Bankruptcy Department | 726 Exchange St., Ste. 700 | Buffalo, NY 14210 |
| 8070623 | Centrix | Bankruptcy Department | PO Box 17699 | Denver, CO 80217 |
| 8070645 | Chicago Northside MRI Center | Bankruptcy Department | 2818 N. Sherdan Rd. | Chicago, IL 60657−6108 |
| 8070610 | City of Chicago Bureau Parking | Bankruptcy Department | 333 S. State St., Rm. 540 | Chicago, IL 60604 |
| 8070638 | City of Chicago Dept of Rev | Attn: Bankruptcy Department | Box 4941 | Chicago, IL 60680−4941 |
| 8070630 | College Partnership Inc. | Bankruptcy Department | 801 W. Freeway, Ste. 800 | Grand Prairie, TX 75051 |
| 8070609 | Commonwealth Edison &Co. | Attn: System Credit/BK Dept | 2100 Swift Dr. | Oak Brook, IL 60523 |
| 8070641 | Credit Collection Services | Bankruptcy Department | Two Wells Ave. | Newton, MA 02459 |
| 8070613 | Cross Country Bank | Bankruptcy Department | PO Box 10001 | Huntington, WV 25770−0001 |
| 9780707 | Cross Country Bank | P O Box 17120 | Wilmington, DE 19850−7120 | |
| 8070608 | Fairlane Credit LLC | Nat'l Bankruptcy Service Ctr | PO Box 743577 | Dallas, TX 75374−3577 |
| 8070631 | Financial Credit LLC | Attn: Bankruptcy Department | PO Box 2040 | Warren, MI 48090−2040 |
| 8070634 | First Premier Bank | Attn: Bankruptcy Dept. | PO Box 5524 | Sioux Falls, SD 57117−5524 |
| 8070632 | Health South Physical Therapy | Bankruptcy Department | PO Box 40036 | Atlanta, GA 31192 |
| 8070647 | Illinois Dept Human Services | Collection Services | 823 E. Monroe St. | Springfield, IL 62794 |
| 8070616 | Keith S. Shindler | Bankruptcy Department | 839 W. Van Buren | Chicago, IL 60607 |
| 8070639 | Keynote Consulting Inc. | Bankruptcy Department | 1501 W. Dundee Rd. | Buffalo Grove, IL 60089 |
| 8070625 | Larry D. Walker | 2732 E. 76th St. | Chicago, IL 60649 | |
| 8070611 | Linebarger Goggan Blair | Sampson, LLP | PO Box 06152 | Chicago, IL 60606−0152 |
| 8070633 | Lou Harris &Co. | Attn: Bankruptcy Department | Box 4383 | Northbrook, IL 60065 |
| 8070612 | Mercy Hospital | Bankruptcy Department | 2525 S. Michigan Ave. | Chicago, IL 60616−2332 |
| 8070622 | Monterey Financial Service | Bankruptcy Department | PO Box 2809 | Carlsbad, CA 92018 |
| 8070646 | North Shore Agency | Bankruptcy Department | PO Box 8999 | Westbury, NY 11590−8999 |
| 8169076 | Numark Credit Union | Centrix Financial | 6782 S Potomac St | Centennial CO 80112 |
| 8070628 | People's Gas | Prudential Bldg: Special Proj | 130 E. Randolph Dr. | Chicago, IL 60601 |
| 8070637 | Premier Bank | Bankruptcy Department | PO Box 5147 | Sioux Falls, SD 57117 |
| 8070648 | Professional Account Mgmt | Bankruptcy Department | PO Box 391 | Milwaukee, WI 53201 |
| 8070617 | Progressive Insurance | Attn: Bankruptcy Dept. | PO Box 210056 | Cleveland, OH 44121 |
| 8070636 | Providian | Bankruptcy Department | PO Box 66022 | Dallas, TX 75266−0022 |
| 8070620 | SBC/Ameritech | Bankruptcy Department | 4075 Bay Road | Saginaw, MI 48663 |
| 8070624 | Secretary of State | Attn: Bankruptcy Department | 2701 S. Dirksen Pkwy. | Springfield, IL 62723 |
| 8070643 | Steel City Furniture | Bankruptcy Department | 9133 Commercial Ave. | Chicago, IL 60617 |
| 8070627 | T−Mobile | Bankruptcy Department | PO Box 742596 | Cincinnati, OH 45274−2596 |
| 9740312 | T−Mobile USA, Inc. | Attn: Bankruptcy Dept. | PO Box 37380 | Albuquerque, NM 87176−7380 |
| 8070642 | Talk and Go | Bankruptcy Department | 5901 E. 86rth St. | Indianapolis, IN 46218 |
| 8070644 | Thomas E. Jolas | Bankruptcy Department | PO Box 4000 | Mason City, IL 62664 |
| 8070621 | Tooth Fairy World | Bankrupcty Department | 1525 E. 55th St. | Chicago, IL 60615 |
| 8070635 | YMCA | Bankruptcy Department | 6330 S. Stony Island Ave. | Chicago, IL 60637 |

TOTAL: 50