Hearing Date: September 28, 2010
Hearing Time: 10:00 a.m.
Location: 219 S. Dearborn St., Courtroom 619
Chicago, IL 60604

**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| HUNTER, SONIA MADGALINE | § | Case No. 04-18067 |
| AKA SONIA SMELLIE | § | |
| | § | Hon. Jacqueline P. Cox |
| Debtor | § | |

**AMENDED NOTICE OF SUCCESSOR TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, Successor Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at :

10:00 a.m.
on September 28, 2010
in Courtroom 619, U.S. Courthouse
219 S. Dearborn St., Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: ________________ By: Kenneth Gardner
Clerk of Bankruptcy Court

Joseph A. Baldi, Successor Trustee
19 S. LaSalle St., Suite 1500, Chicago, IL 60603

**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| HUNTER, SONIA MADGALINE | § | Case No. 04-18067 |
| AKA SONIA SMELLIE | § | |
| | § | Hon. Jacqueline P. Cox |
| Debtor | § | |

**SUMMARY OF SUCCESSOR TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 45,000.01 |
| *and approved disbursements of* | $ | 32,645.96 |
| *leaving a balance on hand of*[1] | $ | 12,354.05 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Leonard Groupe, Former Trustee<br>*Trustee: Joseph A. Baldi, Trustee Successor* | $ 4,000.00 | 0.00 |
| *Attorney for trustee: Joseph A. Baldi & Associates, P.C.* | $ 0.00 | $ 22.00 |
| *Appraiser:* | $ | $ |
| *Auctioneer:* | $ | $ |
| *Accountant:* | $ | $ |
| *Special Attorney for trustee:* | $ | $ |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

| *Reason/Applicant* | *Fees* | *Expenses* |
| --- | --- | --- |
| *Charges:* | $ | $ |
| *Fees:* | $ | $ |
| *Other: JOSEPH A. BALDI & ASSOCIATES, P.C.* | $ 6,300.00 | $ 0.00 |
| *Other:* | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
| --- | --- | --- |
| *Attorney for debtor:* | $ | $ |
| *Attorney for:* | $ | $ |
| *Accountant for:* | $ | $ |
| *Appraiser for:* | $ | $ |
| *Other:* | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
| --- | --- | --- | --- |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 9,922.27 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 20.5 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000002 | Steel City Furniture | $ 490.20 | $ 100.39 |
| 000003 | ASSET ACCEPTANCE LLC | $ 1,302.19 | $ 266.68 |
| 000004 | Numark Credit Union | $ 5,516.22 | $ 1,129.71 |
| 000005 | T-Mobile USA, Inc. | $ 395.73 | $ 81.04 |
| 000006 | City of Chicago Bureau Parking | $ 990.00 | $ 202.75 |
| 000007 | Cross Country Bank | $ 1,227.93 | $ 251.48 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/
Joseph A. Baldi, Trustee

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# Notice Recipients

| District/Off: 0752−1 | User: ccabrales | Date Created: 8/26/2010 |
|---|---|---|
| Case: 04−18067 | Form ID: pdf006 | Total: 51 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

aty Joseph A Baldi &Associates P C

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db Sonia Madgaline Hunter 8227 South Clyde #2N Chicago, Il 60617
tr Joseph A Baldi, Tr Joseph Baldi &Associates 19 S Lasalle Street Suite 1500 Chicago, IL 60603
aty Elizabeth C Berg Joseph A. Baldi &Associates 19 S Lasalle Street, , Suite 1500 Chicago, IL 60603
aty Joseph A Baldi Joseph Baldi &Associates 19 S Lasalle Street Suite 1500 Chicago, IL 60603
aty Mario M Arreola Law Offices Of Peter Francis Geraci 55 East Monroe St Suite #3400 Chicago, IL 60603
9607911 ASSET ACCEPTANCE LLC BALLY\PERIMETER CREDIT PO BOX 2036 WARREN MI 48090
8070640 Allstate Insurance Bankruptcy Department 75 Executive Pkwy Hudson, OH 44237−0001
8070618 Americash Bankruptcy Department 3200 W. 159th St. Markham, IL 60426
8070615 Aronson Furniture Attn: Bankruptcy Department 3401 W. 47th St. Chicago, IL 60632
8070629 Bank One Attn: Bankruptcy Department 5522 6th Ave Kenosha, WI 53140
8070626 Berry Sherman Ins. Agency address unknown ,
8070619 Cabrera &Associates Bankruptcy Department 560 Route 303, Ste. 209 Orangeburg, NY 10962
8070614 Capital Management Services Bankruptcy Department 726 Exchange St., Ste. 700 Buffalo, NY 14210
8070623 Centrix Bankruptcy Department PO Box 17699 Denver, CO 80217
8070645 Chicago Northside MRI Center Bankruptcy Department 2818 N. Sherdan Rd. Chicago, IL 60657−6108
8070610 City of Chicago Bureau Parking Bankruptcy Department 333 S. State St., Rm. 540 Chicago, IL 60604
8070638 City of Chicago Dept of Rev Attn: Bankruptcy Department Box 4941 Chicago, IL 60680−4941
8070630 College Partnership Inc. Bankruptcy Department 801 W. Freeway, Ste. 800 Grand Prairie, TX 75051
8070609 Commonwealth Edison &Co. Attn: System Credit/BK Dept 2100 Swift Dr. Oak Brook, IL 60523
8070641 Credit Collection Services Bankruptcy Department Two Wells Ave. Newton, MA 02459
8070613 Cross Country Bank Bankruptcy Department PO Box 10001 Huntington, WV 25770−0001
9780707 Cross Country Bank P O Box 17120 Wilmington, DE 19850−7120
8070608 Fairlane Credit LLC Nat'l Bankruptcy Service Ctr PO Box 743577 Dallas, TX 75374−3577
8070631 Financial Credit LLC Attn: Bankruptcy Department PO Box 2040 Warren, MI 48090−2040
8070634 First Premier Bank Attn: Bankruptcy Dept. PO Box 5524 Sioux Falls, SD 57117−5524
8070632 Health South Physical Therapy Bankruptcy Department PO Box 40036 Atlanta, GA 31192
8070647 Illinois Dept Human Services Collection Services 823 E. Monroe St. Springfield, IL 62794
8070616 Keith S. Shindler Bankruptcy Department 839 W. Van Buren Chicago, IL 60607
8070639 Keynote Consulting Inc. Bankruptcy Department 1501 W. Dundee Rd. Buffalo Grove, IL 60089
8070625 Larry D. Walker 2732 E. 76th St. Chicago, IL 60649
8070611 Linebarger Goggan Blair Sampson, LLP PO Box 06152 Chicago, IL 60606−0152
8070633 Lou Harris &Co. Attn: Bankruptcy Department Box 4383 Northbrook, IL 60065
8070612 Mercy Hospital Bankruptcy Department 2525 S. Michigan Ave. Chicago, IL 60616−2332
8070622 Monterey Financial Service Bankruptcy Department PO Box 2809 Carlsbad, CA 92018
8070646 North Shore Agency Bankruptcy Department PO Box 8999 Westbury, NY 11590−8999
8169076 Numark Credit Union Centrix Financial 6782 S Potomac St Centennial CO 80112
8070628 People's Gas Prudential Bldg: Special Proj 130 E. Randolph Dr. Chicago, IL 60601
8070637 Premier Bank Bankruptcy Department PO Box 5147 Sioux Falls, SD 57117
8070648 Professional Account Mgmt Bankruptcy Department PO Box 391 Milwaukee, WI 53201
8070617 Progressive Insurance Attn: Bankruptcy Dept. PO Box 210056 Cleveland, OH 44121
8070636 Providian Bankruptcy Department PO Box 66022 Dallas, TX 75266−0022
8070620 SBC/Ameritech Bankruptcy Department 4075 Bay Road Saginaw, MI 48663
8070624 Secretary of State Attn: Bankruptcy Department 2701 S. Dirksen Pkwy. Springfield, IL 62723
8070643 Steel City Furniture Bankruptcy Department 9133 Commercial Ave. Chicago, IL 60617
8070627 T−Mobile Bankruptcy Department PO Box 742596 Cincinnati, OH 45274−2596
9740312 T−Mobile USA, Inc. Attn: Bankruptcy Dept. PO Box 37380 Albuquerque, NM 87176−7380
8070642 Talk and Go Bankruptcy Department 5901 E. 86trh St. Indianapolis, IN 46218
8070644 Thomas E. Jolas Bankruptcy Department PO Box 4000 Mason City, IL 62664
8070621 Tooth Fairy World Bankrupcty Department 1525 E. 55th St. Chicago, IL 60615
8070635 YMCA Bankruptcy Department 6330 S. Stony Island Ave. Chicago, IL 60637

TOTAL: 50

# CERTIFICATE OF NOTICE

District/off: 0752-1 User: lhend Page 1 of 2 Date Rcvd: Aug 30, 2010
Case: 04-18067 Form ID: pdf006 Total Noticed: 47

The following entities were noticed by first class mail on Sep 01, 2010.

```
db           +Sonia Madgaline Hunter,   8227 South Clyde #2N,   Chicago, Il 60617-1839
aty          +Elizabeth C Berg,   Joseph A. Baldi & Associates,   19 S Lasalle Street, , Suite 1500,
               Chicago, IL 60603-1413
aty          +Joseph A Baldi,   Joseph Baldi & Associates,   19 S Lasalle Street Suite 1500,
               Chicago, IL 60603-1413
aty          +Mario M Arreola,   Law Offices Of Peter Francis Geraci,   55 East Monroe St Suite #3400,
               Chicago, IL 60603-5920
tr           +Joseph A Baldi, Tr,   Joseph Baldi & Associates,   19 S Lasalle Street Suite 1500,
               Chicago, IL 60603-1413
9780707     ++APPLIED BANK,   PO BOX 15809,   WILMINGTON DE 19850-5809
             (address filed with court:  Cross Country Bank,   P O Box 17120,   Wilmington, DE 19850-7120)
8070640       Allstate Insurance,   Bankruptcy Department,   75 Executive Pkwy,   Hudson, OH 44237-0001
8070618      +Americash,   Bankruptcy Department,   3200 W. 159th St.,   Markham, IL 60428-4055
8070629      +Bank One,   Attn: Bankruptcy Department,   5522 6th Ave,   Kenosha, WI 53140-3710
8070619      +Cabrera & Associates,   Bankruptcy Department,   560 Route 303, Ste. 209,
               Orangeburg, NY 10962-1334
8070623       Centrix,   Bankruptcy Department,   PO Box 17699,   Denver, CO 80217
8070645       Chicago Northside MRI Center,   Bankruptcy Department,   2818 N. Sherdan Rd.,
               Chicago, IL 60657-6108
8070610      +City of Chicago Bureau Parking,   Bankruptcy Department,   333 S. State St., Rm. 540,
               Chicago, IL 60604-3951
8070638       City of Chicago Dept of Rev,   Attn: Bankruptcy Department,   Box 4941,   Chicago, IL 60680-4941
8070630      +College Partnership Inc.,   Bankruptcy Department,   801 W. Freeway, Ste. 800,
               Grand Prairie, TX 75051-1456
8070641      +Credit Collection Services,   Bankruptcy Department,   Two Wells Ave.,   Newton, MA 02459-3208
8070613       Cross Country Bank,   Bankruptcy Department,   PO Box 10001,   Huntington, WV 25770-0001
8070608       Fairlane Credit LLC,   Nat'l Bankruptcy Service Ctr,   PO Box 743577,   Dallas, TX 75374-3577
8070634       First Premier Bank,   Attn: Bankruptcy Dept.,   PO Box 5524,   Sioux Falls, SD 57117-5524
8070632      +Health South Physical Therapy,   Bankruptcy Department,   PO Box 40036,   Atlanta, GA 31192-0036
8070647      +Illinois Dept Human Services,   Collection Services,   823 E. Monroe St.,
               Springfield, IL 62701-1915
8070616      +Keith S. Shindler,   Bankruptcy Department,   839 W. Van Buren,   Chicago, IL 60607-3521
8070639      +Keynote Consulting Inc.,   Bankruptcy Department,   1501 W. Dundee Rd.,
               Buffalo Grove, IL 60089-4006
8070625      +Larry D. Walker,   2732 E. 76th St.,   Chicago, IL 60649-4314
8070611       Linebarger Goggan Blair &,   Sampson, LLP,   PO Box 06152,   Chicago, IL 60606-0152
8070633       Lou Harris & Co.,   Attn: Bankruptcy Department,   Box 4383,   Northbrook, IL 60065
8070612       Mercy Hospital,   Bankruptcy Department,   2525 S. Michigan Ave.,   Chicago, IL 60616-2332
8070622      +Monterey Financial Service,   Bankruptcy Department,   PO  Box 2809,   Carlsbad, CA 92018-2809
8070646       North Shore Agency,   Bankruptcy Department,   PO Box 8999,   Westbury, NY 11590-8999
8169076      +Numark Credit Union,   Centrix Financial,   6782 S Potomac St,   Centennial CO 80112-3915
8070628      +People's Gas,   Prudential Bldg: Special Proj,   130 E. Randolph Dr.,   Chicago, IL 60601-6207
8070637      +Premier Bank,   Bankruptcy Department,   PO Box 5147,   Sioux Falls, SD 57117-5147
8070648      +Professional Account Mgmt,   Bankruptcy Department,   PO Box 391,   Milwaukee, WI 53201-0391
8070636       Providian,   Bankruptcy Department,   PO Box 66022,   Dallas, TX 75266-0022
8070620      +SBC/Ameritech,   Bankruptcy Department,   4075 Bay Road,   Saginaw, MI 48663-0001
8070624      +Secretary of State,   Attn: Bankruptcy Department,   2701 S. Dirksen Pkwy.,
               Springfield, IL 62723-0002
8070643      +Steel City Furniture,   Bankruptcy Department,   9133 Commercial Ave.,   Chicago, IL 60617-4308
8070627       T-Mobile,   Bankruptcy Department,   PO Box 742596,   Cincinnati, OH 45274-2596
9740312       T-Mobile USA, Inc.,   Attn: Bankruptcy Dept.,   PO Box 37380,   Albuquerque, NM 87176-7380
8070642      +Talk and Go,   Bankruptcy Department,   5901 E. 86trh St.,   Indianapolis, IN 46250
8070644       Thomas E. Jolas,   Bankruptcy Department,   PO Box 4000,   Mason City, IL 62664
8070621      +Tooth Fairy World,   Bankrupcty Department,   1525 E. 55th St.,   Chicago, IL 60615-5512
8070635      +YMCA,   Bankruptcy Department,   6330 S. Stony Island Ave.,   Chicago, IL 60637-3773
```

The following entities were noticed by electronic transmission on Aug 30, 2010.

```
9607911      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                     ASSET ACCEPTANCE LLC,
               BALLY&#092;PERIMETER CREDIT,   PO BOX 2036,   WARREN MI 48090-2036
8070614      +E-mail/Text: jraichel@cms-collect.com                     Capital Management Services,
               Bankruptcy Department,   726 Exchange St., Ste. 700,   Buffalo, NY 14210-1464
8070609      +E-mail/Text: legalcollections@comed.com                     Commonwealth Edison & Co.,
               Attn: System Credit/BK Dept,   2100 Swift Dr.,   Oak Brook, IL 60523-1559
8070631       E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                     Financial Credit LLC,
               Attn: Bankruptcy Department,   PO Box 2040,   Warren, MI 48090-2040
                                                                                  TOTAL: 4
```

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
aty            Joseph A Baldi & Associates P C
8070626        Berry Sherman Ins. Agency,   address unknown,   ,
8070615      ##+Aronson Furniture,   Attn: Bankruptcy Department,   3401 W. 47th St.,   Chicago, IL 60632-2997
8070617      ##+Progressive Insurance,   Attn: Bankruptcy Dept.,   PO Box 210056,   Cleveland, OH 44121-7056
                                                                                  TOTALS: 2, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 01, 2010** **Signature:** Joseph Speetjens