UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
HUNTER, SONIA MADGALINE § Case No. 04-18067
AKA SONIA SMELLIE §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $          (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/Joseph A. Baldi, Trustee_____
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Sonya M. Hunter |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Aronson Furniture |  |  |  |  |  |
|  | Centrix |  |  |  |  |  |
|  | Fairlane Credit LLC |  |  |  |  |  |
| 000001 | NUMARK CREDIT UNION |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | MAX REHAB | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| LEONARD GROUPE, FORMER TR | | | | | |
| JOSEPH A. BALDI & ASSOCIATES, P.C. | | | | | |
| JOSEPH A. BALDI & ASSOCIATES, P.C. | | | | | |
| GERACI ARREOLO | | | | | |
| HARMAN | | | | | |
| HARMAN | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Allstate Insurance | | | | | |
| | Americash | | | | | |
| | Bank One | | | | | |
| | Cabrera & Associates | | | | | |
| | Chicago Northside MRI Center | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | City of Chicago | | | | | |
| | College Partnership | | | | | |
| | Com Ed | | | | | |
| | Financial Credit LLC | | | | | |
| | First Premier Bank | | | | | |
| | Health South Physical Therapy | | | | | |
| | Illinois Dept. of Human Services | | | | | |
| | Keynote Consulting | | | | | |
| | Larry Walker | | | | | |
| | Lou Harris & Co. | | | | | |
| | Mercy Hospital | | | | | |
| | Monterey Financial Services | | | | | |
| | Northshore Agency | | | | | |
| | Peoples Gas | | | | | |
| | Professional Account Management | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Progressive Insurance | | | | | |
| | Providian | | | | | |
| | SBC/Ameritech | | | | | |
| | Secretary of State | | | | | |
| | TMobile | | | | | |
| | Thomas Jolas | | | | | |
| | Tooth Fairy World | | | | | |
| | YMCA | | | | | |
| 000003 | ASSET ACCEPTANCE LLC | | | | | |
| 000006 | CITY OF CHICAGO BUREAU PARKING | | | | | |
| 000007 | CROSS COUNTRY BANK | | | | | |
| 000004 | NUMARK CREDIT UNION | | | | | |
| 000002 | STEEL CITY FURNITURE | | | | | |
| 000005 | T-MOBILE USA, INC. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 04-18067 | JPC | Judge: Jacqueline P. Cox | Trustee Name: | Joseph A. Baldi, Trustee |
| --- | --- | --- | --- | --- | --- |
| Case Name: | HUNTER, SONIA MADGALINE | | | Date Filed (f) or Converted (c): | 05/07/04 (f) |
| | AKA SONIA SMELLIE | | | 341(a) Meeting Date: | 06/25/04 |
| For Period Ending: | 04/03/11 | | | Claims Bar Date: | 10/03/05 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Household goods | 1,500.00 | 0.00 | | 0.00 | FA |
| 2. Aronbson Furniture | 150.00 | 0.00 | | 0.00 | FA |
| 3. Books, etc. | 100.00 | 0.00 | | 0.00 | FA |
| 4. Clothing | 200.00 | 0.00 | | 0.00 | FA |
| 5. Jewelry | 20.00 | 0.00 | | 0.00 | FA |
| 6. Pension plan | 3,000.00 | 0.00 | | 0.00 | FA |
| 7. 2002 injury claim | 7,000.00 | 0.00 | | 0.00 | FA |
| 8. 2004 injury claim | 15,000.00 | 0.00 | | 45,000.00 | FA |
| Settlement approved to recover gross proceeds of $45,000 ($7,500 debtor exemption and special counsel attorney fees and expenses allowed per settlement order)--Pursuant to subsequent order, Trustee authorized to distribute to allowed lien holder | | | | | |
| 9. 2000 Dodge | 4,300.00 | 0.00 | | 0.00 | FA |
| 10. 2004 Hundai | 14,000.00 | 0.00 | | 0.00 | FA |
| 11. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.27 | Unknown |

| | | | | | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $45,270.00 | $0.00 | | $45,001.27 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case filed and Leonard Groupe appointed Trustee in 2004. Major assets is Debtor's personal injury claim. Special counsel hired by former trustee filed suite in Dec. 05. Mr. Groupe resigned and J. Baldi appointed successor trustee in December 2006. PI Case was set for trial 10/13/09. Received settlement offer 9/21/09. Trustee agreed to the settlement of the PI suit and filed motion for the court to approve the proposed settlement. On October 27, 2009, the

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

Ver: 16.01c

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 04-18067   JPC   Judge: Jacqueline P. Cox | Trustee Name:   Joseph A. Baldi, Trustee |
| Case Name: | HUNTER, SONIA MADGALINE | Date Filed (f) or Converted (c):   05/07/04 (f) |
| | AKA SONIA SMELLIE | 341(a) Meeting Date:   06/25/04 |
| | | Claims Bar Date:   10/03/05 |

Court approved the proposed settlement such that the Estate would recover gross proceeds of $45,000; defendant issued a check to Trustee in mid-January 2010, but the check was incorrectly made payable to Trustee of this Estate and 2 invalid claimants; Trustee obtained subsequent order directing the re-issuance of the settlement check so that it is properly and solely payable to the Estate and authorized Trustee to make a distribuiton to the allowed lien claimant. Trustee examined claims and prepared TFR. TFR filed. Final hearing was held 9/28/10. Trustee made final distribution-one check remains outstanding. Trustee will deposit unclaimed funds with the Clerk of Court. Once all checks clear, Trustee will prepare and file his final account.

Initial Projected Date of Final Report (TFR): 12/31/06      Current Projected Date of Final Report (TFR): 06/30/10

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 04-18067 -JPC |
| Case Name: | HUNTER, SONIA MADGALINE |
| | AKA SONIA SMELLIE |
| Taxpayer ID No: | *******5007 |
| For Period Ending: | 04/03/11 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******6370  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/24/10 | 8 | Universal Casualty Company<br>150 Northwest Point Blvd.<br>Suite 200<br>Elk Grove Village, IL 60007 | Settlement Proceeds: PI Claim | 1142-000 | 45,000.00 | | 45,000.00 |
| 05/25/10 | | Transfer to Acct #*******6383 | Bank Funds Transfer<br>Transfer funds to disburse PI settlement proceeds to Debtor, lienholder and special counsel per court orders 10/27/10 and 4/29/10.  ecbMay 25, 2010, 04:02 pm | 9999-000 | | 32,645.96 | 12,354.04 |
| 05/28/10 | 11 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 12,354.05 |
| 06/30/10 | 11 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.31 | | 12,354.36 |
| 07/30/10 | 11 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.31 | | 12,354.67 |
| 08/31/10 | 11 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.31 | | 12,354.98 |
| 09/30/10 | 11 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.30 | | 12,355.28 |
| 10/04/10 | 11 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 12,355.31 |
| 10/04/10 | | Transfer to Acct #*******6383 | Final Posting Transfer | 9999-000 | | 12,355.31 | 0.00 |

| Account *******6370 | | | | | | |
|---|---|---|---|---|---|---|
| | | Balance Forward | 0.00 | | | |
| 1 | Deposits | 45,000.00 | 0 | Checks | 0.00 |
| 6 | Interest Postings | 1.27 | 0 | Adjustments Out | 0.00 |
| | Subtotal | $ 45,001.27 | 2 | Transfers Out | 45,001.27 |
| 0 | Adjustments In | 0.00 | | Total | $ 45,001.27 |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 45,001.27 | | | |

LFORM2T4   UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Ver: 16.01c

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 04-18067 -JPC | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | HUNTER, SONIA MADGALINE AKA SONIA SMELLIE | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******6383 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5007 | | |
| For Period Ending: | 04/03/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |


| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/25/10 | | Transfer from Acct #*******6370 | Bank Funds Transfer Transfer funds to disburse PI settlement proceeds to Debtor, lienholder and special counsel per court orders 10/27/10 and 4/29/10.  ecbMay 25, 2010, 04:02 pm | 9999-000 | 32,645.96 | | 32,645.96 |
| 05/25/10 | 001001 | Sonya M. Hunter 8227 N. Clyde #2N Chicago IL 60617 | Debtor's Exemption in Personal Injury Settlement per order dtd 10/27/10 | 8100-002 | | 7,500.00 | 25,145.96 |
| 05/25/10 | 001002 | Maximum Rehabilitation Services, Ltd. 12021 S. Harlem Avenue Suite 288 Des Plaines IL 60463 | Health Care Services Lien Allowed per Court Order 4/29/10 | 4220-000 | | 5,000.00 | 20,145.96 |
| 05/25/10 | 001003 | Harman & Fedick 222 N. LaSalle St. #430 Chicago IL 60601 | Special Counsel Expenses Allowed per Court order 10/27/09 | 3220-610 | | 2,145.96 | 18,000.00 |
| 05/27/10 | 001004 | Harman & Fedick 222 N. LaSalle St. #430 Chicago IL 60601 | Special Counsel Fees Per Court Order Dated 10/27/10 | 3210-000 | | 9,000.00 | 9,000.00 |
| 05/28/10 | 001005 | Geraci Arreola & Hernandez 55 East Monroe St. Suite 3400 Chicago IL 60603 | Special Counsel Fees Per Court Order Dated 10/27/10 Allowed Special Counsel Fees shared with Harman Fedick 50/50 per agmt. | 3210-000 | | 9,000.00 | 0.00 |
| 10/04/10 | | Transfer from Acct #*******6370 | Transfer In From MMA Account | 9999-000 | 12,355.31 | | 12,355.31 |
| 10/04/10 | 001006 | JOSEPH A. BALDI , as Trustee 19 S. LaSalle Street Suite 1500 Chicago, Illinois 60603 | TRUSTEE COMPENSATION | 2100-000 | | 3,000.00 | 9,355.31 |
| 10/04/10 | 001007 | Leonard M. Groupe Former Trustee 8975 Golf Road | Trustee Compensation | 2100-000 | | 1,000.00 | 8,355.31 |

LFORM2T4

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Ver: 16.01c

Page: 3

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 04-18067 -JPC | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | HUNTER, SONIA MADGALINE | | Bank Name: | Bank of America, N.A. |
| | AKA SONIA SMELLIE | | Account Number / CD #: | *******6383 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5007 | | | |
| For Period Ending: | 04/03/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Apt. 605 Niles IL 60714 | | | | | |
| 10/04/10 | 001008 | BALDI BERG & WALLACE, LTD. 19 South LaSalle Street Suite 1500 Chicago, IL 60603 | Trustee Attorney Fees | 3110-000 | | 6,300.00 | 2,055.31 |
| 10/04/10 | 001009 | Joseph A. Baldi & Associates, P.C. 19 S. LaSalle St. #1500 Chicago IL 60603 | Trustee Attorney Expenses | 3120-000 | | 22.00 | 2,033.31 |
| 10/04/10 | 001010 | Steel City Furniture Bankruptcy Department 9133 S. Commercial Ave. Chicago, IL 60617 | Claim 000002, Payment 20.49% | 7100-000 | | 100.45 | 1,932.86 |
| 10/04/10 | 001011 | ASSET ACCEPTANCE LLC BALLY\PERIMETER CREDIT PO BOX 2036 WARREN MI 48090 | Claim 000003, Payment 20.49% | 7100-000 | | 266.85 | 1,666.01 |
| * 10/04/10 | 001012 | Numark Credit Union Centrix Financial 6782 S Potomac St Centennial CO 80112 | Claim 000004, Payment 20.49% | 7100-004 | | 1,130.41 | 535.60 |
| 10/04/10 | 001013 | T-Mobile USA, Inc. Attn: Bankruptcy Dept. PO Box 37380 Albuquerque, NM 87176-7380 | Claim 000005, Payment 20.49% | 7100-000 | | 81.09 | 454.51 |
| 10/04/10 | 001014 | City of Chicago Bureau Parking Bankruptcy Department 333 S. State St., Rm. 540 Chicago, IL 60604 | Claim 000006, Payment 20.49% | 7100-000 | | 202.87 | 251.64 |
| 10/04/10 | 001015 | Cross Country Bank P O Box 17120 | Claim 000007, Payment 20.49% | 7100-000 | | 251.64 | 0.00 |

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 04-18067 -JPC | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | HUNTER, SONIA MADGALINE AKA SONIA SMELLIE | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******6383  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5007 | | |
| For Period Ending: | 04/03/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 03/03/11 | 001012 | Numark Credit Union<br>Centrix Financial<br>6782 S Potomac St<br>Centennial CO 80112<br>Wilmington, DE 19850-7120 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | | -1,130.41 | 1,130.41 |
| 03/08/11 | 001016 | Clerk of Bankruptcy Court<br>219 S. Dearborn St.<br>Chicago, IL 60604 | Claim 000004, Payment 20.49%<br>Numark Credit Union--unclaimed funds<br>Centrix Financial<br>6782 S Potomac St<br>Centennial CO 80112<br>--for unclaimed funds on account of Numark Creditor Union | 7100-000 | | 1,130.41 | 0.00 |

| Account *******6383 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 0 | Deposits | 0.00 | 17 | Checks | 45,001.27 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | | |
| | | | | Total | $ 45,001.27 |
| 0 | Adjustments In | 0.00 | | | |
| 2 | Transfers In | 45,001.27 | | | |
| | Total | $ 45,001.27 | | | |

LFORM2T4

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

Ver: 16.01c

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 04-18067 -JPC |
| Case Name: | HUNTER, SONIA MADGALINE |
| | AKA SONIA SMELLIE |
| Taxpayer ID No: | *******5007 |
| For Period Ending: | 04/03/11 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******6383  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Report Totals | Balance Forward | 0.00 | | | |
| 1 | Deposits | 45,000.00 | 17 | Checks | 45,001.27 |
| 6 | Interest Postings | 1.27 | 0 | Adjustments Out | 0.00 |
| | | | 2 | Transfers Out | 45,001.27 |
| | Subtotal | $ 45,001.27 | | | |
| | | | | Total | $ 90,002.54 |
| 0 | Adjustments In | 0.00 | | | |
| 2 | Transfers In | 45,001.27 | | | |
| | Total | $ 90,002.54 | | Net Total Balance | $ 0.00 |

LFORM2T4     UST Form 101-7-TDR (10/1/2010) *(Page: 14)*                                           Ver: 16.01c